```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30730
   CHRISTOPHER A RENDA
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-8415


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/18/04 and confirmed on 10/13/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  33815.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG        .00           .00           .00
GMAC RESCAP LLC            MORTGAGE ARRE   10221.56           .00      10221.56
NUVELL CREDIT COMPANY LL   SECURED VEHIC   13525.00       2086.40      13525.00
ALLIANCE ASSET MGMT        UNSECURED       NOT FILED         .00           .00
BAKER MILLER MARKOFF KRA   UNSECURED       NOT FILED         .00           .00
BARRY SEROTA ESQ           UNSECURED       NOT FILED         .00           .00
CERTIFIED RECOVERY SYSTE   UNSECURED       NOT FILED         .00           .00
NCO FINANCIAL SYSTEMS IN   UNSECURED       NOT FILED         .00           .00
RIDDLE & ASSOC PC          UNSECURED       NOT FILED         .00           .00
S&S LENDING                UNSECURED        2609.26          .00        2609.26
VAN RU CREDIT              UNSECURED       NOT FILED         .00           .00
NUVELL CREDIT COMPANY LL   UNSECURED        1448.04          .00        1448.04
CAPITAL ONE FINANCIAL      UNSECURED         424.67          .00         424.67
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED    OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23746.56        .00      4481.97       .00      28228.53
PRINCIPAL PAID      23746.56        .00      4481.97       .00      28228.53
INTEREST PAID        2086.40        .00          .00       .00       2086.40
TOTAL PAID          25832.96        .00      4481.97       .00      30314.93
The Debtor's attorney, ERNESTO D BORGES JR             , was allowed $  2700.00
and was paid $    600.00  direct and $   2100.00  through the plan.

The Trustee received $    1395.76 .

Refunds to the Debtor totaled $       4.31 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/18/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```